# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gesner, Beth P. | U.S District Court - Md. | 08/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate - Full | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse 101 West Lombard St. Baltimore, Md. 21201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | ▆▆▆▆▆ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ▬▬▬ = Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC Bank | Promissory Note - Law Firm capital | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T Bank Common | A | Dividend | J | T | | | | | |
| 2. Brookfield Common | A | Dividend | K | T | | | | | |
| 3. ISLE Common | | None | K | T | | | | | |
| 4. Berkshire Hathaway Common | | None | M | T | | | | | |
| 5. Altria Common | A | Dividend | J | T | Sold (part) | 03/11/15 | M | E | |
| 6. Fidility Muni Money Fund | A | Interest | M | T | | | | | |
| 7. TBT (ETF) | | None | J | T | Sold (part) | 12/29/15 | J | | |
| 8. Telefonica Common | B | Dividend | K | T | Sold (part) | 12/23/15 | K | | |
| 9. DOJ Credit Union | B | Interest | O | T | | | | | |
| 10. Zweig Fund Common | B | Dividend | K | T | | | | | |
| 11. Leucadia Nat. Common | A | Dividend | K | T | | | | | |
| 12. Fidility Cash Reserves | A | Interest | J | T | | | | | |
| 13. International Gaming Tech. Common | A | Dividend | | | Sold | 04/07/15 | J | C | |
| 14. Markel Common | | None | K | T | | | | | |
| 15. Fidility Cap. App. Fund | A | Distribution | J | T | | | | | |
| 16. Fidility Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 17. Fidility Latin Am. Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eagle Bank Common | | None | M | T | | | | | |
| 19. Fidility Cash Reserves | A | Interest | M | T | | | | | |
| 20. Oppen. Flex. Strat. (formerly Oppen. Quest for Value Fund) | A | Dividend | J | T | | | | | |
| 21. Putnam Multi-Cap Grow. (formerlyPutnam New Opp. Fund) | A | Dividend | K | T | | | | | |
| 22. AT&T Common | A | Dividend | J | T | | | | | |
| 23. Occ. Pet. Common | D | Dividend | M | T | Sold (part) | 11/10/15 | K | A | |
| 24. IBM Common | A | Dividend | J | T | | | | | |
| 25. Alcatel | | None | | | Sold | 02/02/15 | J | | |
| 26. Comcast Common | A | Dividend | K | T | | | | | |
| 27. INVESCO Dev. Markets (formerly AIM Eur. Common) | A | Dividend | J | T | | | | | |
| 28. Fidility Div. Int. Fund | A | Dividend | K | T | | | | | |
| 29. Fidility Muni. Fund | A | Dividend | J | T | | | | | |
| 30. US Govt. FICO Strips | D | Interest | L | T | | | | | |
| 31. PNC Bank | A | Interest | L | T | | | | | |
| 32. Dollar Bank | A | Interest | K | T | | | | | |
| 33. Actua (fomally mistakenly listed as Agere Systems) Common | | None | J | T | | | | | |
| 34. Invest. Co. of America | B | Dividend | | | Sold | 03/25/15 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Sentinel Small Co. | B | Dividend | K | T | | | | | |
| 36. New Perspectives Fund | B | Dividend | M | T | Buy (add'l) | 03/26/15 | L | | |
| 37. Capital World Growth & Income Fund | B | Dividend | L | T | Buy (add'l) | 03/26/15 | L | | |
| 38. Capital Income Builder Fund | B | Dividend | L | T | Buy (add'l) | 03/26/15 | L | | |
| 39. Fundamental Investors Fund | B | Dividend | M | T | Buy (add'l) | 03/26/15 | K | | |
| 40. Columbia Dividend Fund | B | Dividend | | | Sold | 03/25/15 | L | E | |
| 41. AMCAP Fund | B | Dividend | L | T | Buy (add'l) | 03/26/15 | K | | |
| 42. Manning & Napier Managed Account | B | Int./Div. | | | Sold | 03/13/15 | N | E | |
| 43. T. Rowe Large Cap Fund | B | Dividend | M | T | | | | | |
| 44. CRM Small Cap. Value | | None | M | T | | | | | |
| 45. Oakmark Select | | None | M | T | | | | | |
| 46. Am. Funds Eur. | | None | L | T | | | | | |
| 47. Wells Emerging Growth | | None | K | T | | | | | |
| 48. Morgan Stanley | | None | M | T | | | | | |
| 49. Vanguard Mid Cap | | None | M | T | | | | | |
| 50. Vanguard (formally Northern) Emerging Markets Fund | | None | K | T | | | | | |
| 51. Vanguard Global Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Natixis AEW Real Estate Fund | | None | M | T | | | | | |
| 53. Wells Fargo Money Market | A | Interest | J | T | | | | | |
| 54. Broadstone Investors II, L.P. | C | Distribution | L | R | | | | | |
| 55. Port 100 A (formally NM Ed. Plan Agg. Port) | | None | L | T | | | | | |
| 56. Dreyfuss Research Growth ( formerly NM Div. Large Cap Gro.) | | None | M | T | | | | | |
| 57. Main St. Mid-Cap (formally NM Div. Multi Cap Gro.) | | None | K | T | | | | | |
| 58. NM Intl. Eqty. Fund | | None | K | T | | | | | |
| 59. Severn Savings Money Market | A | Interest | M | T | | | | | |
| 60. Arundel Federal Savings | A | Interest | N | T | | | | | |
| 61. PNC Money Market | A | Interest | O | T | | | | | |
| 62. Lorillard Common | B | Dividend | | | Sold | 06/12/15 | L | E | |
| 63. RAI Common | A | Dividend | K | T | Spinoff (from line 62) | 06/12/15 | K | | |
| 64. Universal Common | A | Dividend | | | Sold | 10/15/15 | L | B | |
| 65. Curis Common | | None | J | T | | | | | |
| 66. Century Link Common | A | Dividend | J | T | | | | | |
| 67. GTAT Common | | None | J | T | Sold (part) | 11/20/15 | J | | |
| 68. Monitise Common | | None | | | Sold | 12/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Alibaba Common | | None | K | T | | | | | |
| 70. California Resourses Common | | None | J | T | Sold<br>(part) | 12/31/15 | J | | |
| 71. EBIX Common | A | Dividend | J | T | | | J | | |
| 72. Fireeye Common | | None | J | T | | | J | | |
| 73. Westmount at Vista Ridge, LLC | C | Distribution | L | R | | | | | |
| 74. Highlands Bluffs, LLC | C | Distribution | L | R | | | | | |
| 75. MLG/PF Northwoods Co-Investor, LLC | C | Distribution | L | R | | | | | |
| 76. MLG Private FundII, LLC | D | Distribution | M | R | | | | | |
| 77. Racquet Club Holding LLC | D | Distribution | L | R | | | | | |
| 78. MLG/Crossroads co-Investor LLC | C | Distribution | L | R | Buy | 04/21/15 | L | | |
| 79. Westmount at Summer Cove LLC | B | Distribution | L | R | Buy | 08/04/15 | L | | |
| 80. MLG/Presido Co-Investor LLC | C | Distribution | L | R | Buy | 07/15/15 | L | | |
| 81. Westomount at ColonnadeLLC | | None | L | R | Buy | 09/28/15 | L | | |
| 82. Altria Calls | | None | | | Sold | 01/06/15 | J | | |
| 83. Altria Calls | | None | | | Buy | 01/16/15 | J | | |
| 84. Altria Calls | | None | | | Sold | 01/16/15 | J | | |
| 85. Altria Calls | | None | | | Buy | 02/26/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Altria Calls | | None | | | Sold | 02/26/15 | J | | |
| 87. Altria Calls | | None | | | Buy | 03/02/15 | J | | |
| 88. Altria Common | A | Dividend | J | T | Buy | 03/11/15 | J | | |
| 89. Altria Common | C | Dividend | M | T | Buy | 03/18/15 | J | | |
| 90. Altria Common | B | Dividend | L | T | Buy | 06/05/15 | K | | |
| 91. Altria Common | | None | | | Buy | 06/05/15 | K | | |
| 92. Altria Common | | None | | | Sold | 06/10/15 | K | A | |
| 93. Alibaba Common | | None | | | Buy | 01/29/15 | K | | |
| 94. Alibaba Common | | None | | | Sold | 01/30/15 | K | A | |
| 95. Occidential Common | | None | | | Buy | 07/22/15 | L | | |
| 96. Occidential Common | | None | | | Sold | 07/29/15 | L | A | |
| 97. Solar City Common | | None | | | Buy | 08/21/15 | K | | |
| 98. Solar City Common | | None | | | Sold | 08/24/15 | K | A | |
| 99. Facebook Common | | None | K | T | Buy | 08/21/15 | K | | |
| 100. JA Solar Common | | None | K | T | Buy | 08/21/15 | K | | |
| 101. Symantec Common | | None | J | T | Buy | 10/28/15 | J | | |
| 102. Fireeye Common | | None | J | T | Buy | 11/04/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Verastem Commom | | None | J | T | Buy | 11/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gesner, Beth P.** | 08/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 54 - Investment acquired in 2004 for $100,000.
Part VII, Line 73 - Investment acquired in 2014 for $75,000.
Part VII, Line 74 - Investment acquired in 2014 for $100,000.
Part VII, Line 75 - Investment acquired in 2014 for $50,000.
Part VII, Line 76 - Investment acquired in 2014 for $100,000.
Part VII, Line 77 - Investment was acquired in November 7, 2014 for $100,000, but inadvertantly omitted from 2014 statement.
Part VII, Line 78 - Investment acquired in 2015 for $100,000.
Part VII, Line 79 - Investment acquired in 2015 for $100,000.
Part VII, Line 80 - Investment acquired in 2015 for $100,000.
Part VII, Line 81 - Investment acquired in 2015 for $100,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth P. Gesner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544